IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                              )<br>       Plaintiff,               )<br>                                                              )<br>       v.                           )<br>                                                              )<br>DELAWARE DEPARTMENT OF    )<br>TRANSPORTATION, ("DelDOT") )<br>NEW CASTLE COUNTY, DELAWARE, )<br>and the STATE OF DELAWARE       )<br>                                                              )<br>       Defendants.         )<br>_____) | Civil Action No. 01-586 |

## PETITION TO TERMINATE CONSENT DECREE

WHEREAS, the United States of America ("the United States"), the State of Delaware ("the State"), the State of Delaware Department of Transportation ("DelDOT") and New Castle County, Delaware ("NCC") are parties to a Consent Decree entered by this Court on December 19, 2001 ("Consent Decree") regarding alleged violations of the Clean Water Act, 33 U.S.C. §§ 1251-1387; and

WHEREAS, in addition to the payment of civil penalties, the Consent Decree granted injunctive relief requiring DelDOT and NCC to complete certain requirements and to comply with the effluent limits set forth in their National Pollutant Discharge Elimination System Permit ("NPDES Permit"); and

WHEREAS, the Consent Decree also required NCC to undertake a Supplemental Environmental Project; and

WHEREAS, for each calendar year following the date of entry of the Consent Decree, DelDOT and NCC have submitted an Annual Report outlining their progress in meeting the terms of the Consent Decree; and

WHEREAS, Section XI of the Consent Decree provides that DelDOT and/or NCC may petition the Court for termination of the Consent Decree when DelDOT and/or NCC is able to establish that they have completed the requirements necessary to do so; and

NOW THEREFORE, DelDOT and NCC petition this Court for termination of the Consent Decree as follows:

1. Pursuant to Paragraph 65 of the Consent Decree, DelDOT and/or NCC may petition this Court for termination of the Consent Decree when it is established that the conditions set forth therein have been satisfied.

2. As required by Paragraph 65(a) of the Consent Decree and in accordance with the instructions set forth in Section VI of the Consent Decree, DelDOT and NCC have paid all civil penalties, interest, and stipulated penalties due under the Consent Decree. On January 17, 2002, NCC made a wire transfer to the U.S. Department of Justice in its penalty amount of $125,000.00. On January 16, 2002, DelDOT made a wire transfer to the U.S. Department of Justice in its penalty amount of $150,000.00.

3. Pursuant to Paragraph 65(b) of the Consent Decree, DelDOT and NCC represent that there are no matters subject to dispute resolution under Section VIII of the Consent Decree that remain unresolved.

4. Pursuant to Paragraph 65(c) of the Consent Decree, DelDOT and NCC represent that there are no pending enforcement actions known to them under this Consent Decree.

5. Pursuant to Paragraph 65(d) of the Consent Decree, DelDOT and NCC represent that they have completed the compliance requirements set forth in Section II (Injunctive Relief), Section III (Additional Injunctive Relief) and Section IV (Compliance

Requirements) to the extent that the said requirement applied to DelDOT and/or NCC.

6. Pursuant to Paragraph 65(e) of the Consent Decree and in accordance with the requirements of Section V of the Consent Decree (Supplemental Environmental Project), NCC completed the Porter Road Septic Elimination Project.  On August 31, 2005, NCC submitted a Completion Report to the United States.  Thereafter, the United States made a written finding that NCC completed all of the requirements of Section V (Supplemental Environmental Project).

7. In accordance with the Consent Decree and the NPDES MS4 Permit, each year NCC and DelDOT provide the United States with an Annual Report detailing, among other things, the progress they have made in meeting the Consent Decree requirements.

8. Since the entry of this Consent Decree, a new generation of NPDES Permits has issued which arguably provide more stringent requirements than those found in 2001 era NPDES Permits.   DelDOT and NCC's current NPDES Permit was issued in 2013.

9. Pursuant to Paragraph 49, NCC and DelDOT each attach hereto the required certification.

10. Therefore, having fulfilled all the requirements set forth in Paragraph 65 of the Consent Decree, DelDOT and NCC respectfully request that this Court enter an order terminating the Consent Decree.

11. Pursuant to Paragraph 66 of the Consent Decree, the Consent Decree will terminate sixty days after Defendants have served the United States with their petition for

termination of the Consent Decree and the United States has not filed with the Court an objection to the termination of the Consent Decree.

12. NCC and DelDOT represent that the Environmental Protection Agency, on behalf of the United States, does not oppose the termination of the Consent Decree.

Respectfully submitted,

**FOR NEW CASTLE COUNTY**

Date: September 21, 2018          */s/ Daniel P. Murray*
                                  Mary Ann K. Dougherty (I.D. No. 4702)
                                  Daniel P. Murray (I.D. No. 5785)
                                  New Castle County
                                  Department of Public Works
                                  187-A Old Churchmans Road
                                  New Castle, Delaware 19720
                                  (302) 395-5774
                                  mdougherty@nccde.org
                                  dpmurray@nccde.org

**FOR THE STATE OF DELAWARE**
**DEPARTMENT OF TRANSPORTATION**

Date:  September 21, 2018         */s/ Ann C. Cordo*
                                  Ann C. Cordo (I.D. No 4817)
                                  Deputy Attorney General
                                  Delaware Department of Justice
                                  800 N. French Street
                                  Wilmington, DE 19801
                                  302-760-2022
                                  Annie.cordo@state.de.us